IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| VIOLET LYONS, | * | |
| Plaintiff, | * | |
| v. | * | CV 118-201 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is the Parties' joint stipulation of dismissal without prejudice. (Doc. 7.) Plaintiff and Defendant signed the voluntary dismissal; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of December, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA